DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

MILLER v. DAVIS

No. 676P84.

Case below: 71 N.C. App. 200.

Petition by defendants for discretionary review under G.S. 7A-31 denied 27 February 1985.

STATE v. BATES

No. 621PA84.

Case below: 70 N.C. App. 787.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 27 February 1985.

STATE v. BATES

No. 631PA84.

Case below: 70 N.C. App. 477.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 27 February 1985.

STATE v. BROOKS

No. 90P85.

Case below: 72 N.C. App. 254.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 March 1985.

STATE v. BROWN

No. 4P85.

Case below: 71 N.C. App. 458.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 27 February 1985.